**Opinion issued January 28, 2020**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-19-00679-CV

—————————————

## GUS H. (TREY) COMISKEY, III, Appellant

## V.

## H. DAVID RAMM, WATERSIDE CONSTRUCTION LLC, AND WSD CONSTRUCTION, LLC, Appellees

On Appeal from the 190th District Court
Harris County, Texas
Trial Court Case No. 2017-00507

## MEMORANDUM OPINION

Appellant, Gus H. (Trey) Comiskey, III, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees

Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for want of prosecution for nonpayment of all required fees. *See* TEX. R. APP. P. 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.